In the Matter of the Application of the BOARD OF STREET
OPENING AND IMPROVEMENT OF THE CITY OF NEW YORK to
Acquire Title to Perry Avenue from the Southern Boule-
vard to Mosholu Parkway in the City of New York.

JAMES DUNNE, Appellant; THE CITY OF NEW YORK et al.,
Respondents.

*Matter of Perry Avenue,* 82 App. Div. 636, affirmed.
(Argued June 3, 1903; decided June 23, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered April
15, 1903, which affirmed an order of Special Term confirming
the report of commissioners of estimate and assessment herein.

*Charles W. Dayton* and *John J. Clark* for appellant.

*George L. Rives,* Corporation Counsel (*Theodore Connoly,
John P. Dunn* and *Thomas C. Blake* of counsel), for City
of New York, respondent.

*John C. Shaw* for Thomas Dunn respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, CULLEN and WERNER, JJ.